AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**     David J. Bradley, Clerk

SEP – 4 2016

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Aridio Acosta-Concepcion**

AKA:

           **IAE**      **YOB:**     1952
**Dominican Republic**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**Case Number:**     M-16-1647-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about     **September 3, 2016**     in     **Hidalgo**     County, in

the     Southern     District of     Texas
*(Track Statutory Language of Offense)*

**being then and there an alien who had previously been deported from the United States to Dominican Republic in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title     **8**     United States Code, Section(s)     **1326**     **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Aridio Acosta-Concepcion was encountered by Border Patrol Agents near Hidalgo, Texas on September 3, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 3, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 21, 2010, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 18, 1999, the defendant was convicted of Aggravated Assault and was sentenced to ten to twenty (10-20) years confinement.**

Continued on the attached sheet and made a part of this complaint:     ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

**September 04, 2016**

Signature of Complainant
Jerrico Leason     **Senior Patrol Agent**

**Peter E. Ormsby**     **, U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

Signature of Judicial Officer